UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UTC ASSOCIATES INC. | : |
| Plaintiff, | : |
| - against - | : 15 Civ. 5795 (VEC) (RLE) |
| | : **NOTICE OF MOTION TO DISMISS** |
| GLOWPOINT INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the Declaration of Harry H. Rimm, executed on September 22, 2015, and the exhibits thereto, and the accompanying Memorandum of Law in Support, and all prior pleadings and proceedings had herein, defendant Glowpoint, Inc. will move this Court, before the Honorable Valerie E. Caproni, 40 Foley Street, Courtroom 443, New York, New York, for (i) an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in its entirety and (ii) such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's September 11, 2015 Order, opposition shall be served on or before October 13, 2015, and reply papers are to be served no later than October 20, 2015.

Dated: New York, New York
September 22, 2015

SULLIVAN & WORCESTER LLP

By: /s/Harry H. Rimm
Harry H. Rimm
Clark Freeman

1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for defendant Glowpoint, Inc.*