UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UTC ASSOCIATES INC. : | |
| : | |
| Plaintiff, : | |
| : | 15 Civ. 5795 (VEC) (RLE) |
| - against - : | |
| : | **RULE 7.1 DISCLOSURE STATEMENT** |
| GLOWPOINT INC., : | |
| : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, by and through its attorneys, Sullivan & Worcester LLP, defendant Glowpoint, Inc. states that it has no parent corporation and that Main Street Capital Corporation, a publicly held corporation, owns more than 10% of its stock.

Dated: New York, New York
       September 30, 2015

**SULLIVAN & WORCESTER LLP**

By:   /s/Harry H. Rimm
       Harry H. Rimm
       Clark Freeman

1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for defendant Glowpoint, Inc.*