UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

UTC ASSOCIATES INC.,

                                                                       Case No.: 15-cv-05795

                      Plaintiff,

      -against-

GLOWPOINT INC.

                      Defendants.
-------------------------------------------------------------X

## JURY DEMAND OF PLAINTIFF UTC ASSOCIATES INC.

      Pursuant to Federal Rule of Civil Procedure 38, of Plaintiff UTC Associates Inc., hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Dated: New York, New York
       October 13, 2015

                                                                  _/s/ Mario Biaggi Jr._
                                                                  Mario Biaggi Jr., Esq. (2284)
                                                                  mbiaggi@220law.com
                                                                  220 Fifth Avenue – Suite 302
                                                                  New York, New York 10001
                                                                  212-233-8000
                                                                  Attorney for the Plaintiff
                                                                  UTC Associates Inc.