Law Office of
Mario Biaggi Jr.
220 Fifth Avenue
New York, New York 10001

212-233-8000

November 6, 2015

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square Room 240
New York, New York 10007

Re: <u>UTC Associates Inc. V. Glowpoint Inc.</u> – Index No. 15-cv-05795

Dear Judge Caproni:

I am writing this letter pursuant to your individualized practice Rule 1C to request an adjournment in responding to defendant's motion to dismiss plaintiff's amended complaint. In accordance with said Rule 1C, please be advised of the following:

1) the reason for the request is due to the undersigned's workload;
2) the original due date for plaintiff's response is November 16, 2015;
3) this is the first request for an adjournment of this motion;
4) defense counsel has consented to my request; and
5) the parties have agreed to 11/30 as the due date for plaintiff's opposition with a 12/14 due date for defendants' reply.

Thank you for any courtesies that could be extended in this regard.

Respectfully submitted,

Mario Biaggi Jr.

Cc: Clark Freeman Esq (by ECF)