

December 16, 2015

Via ECF and Hand Delivery

Honorable Valerie Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    UTC Associates Inc. v. Glowpoint Inc., 15 Civ. 05795 (VEC) (RLE)

Dear Judge Caproni:

This firm is counsel to defendant Glowpoint, Inc. ("Glowpoint").

Pursuant to the Court's Individual Practices in Civil Cases, enclosed please find a binder containing courtesy copies of all papers filed in support of and in opposition to Glowpoint's Motion to Dismiss the Amended Complaint.

    Respectfully submitted,

    /s/Harry H. Rimm

    Harry H. Rimm

Enclosure

cc:    Mario Biaggi Jr., Esq. (Via ECF and Email)(w/o Enclosure)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC