

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T  212 660 3000
F  212 660 3001
www.sandw.com

February 9, 2016

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *UTC Associates Inc. v. Glowpoint Inc.,* 15 Civ. 5795 (VEC) (RLE)

Dear Judge Caproni:

   This firm is counsel to defendant Glowpoint, Inc. ("Glowpoint"), and we write in connection with scheduling in the above-referenced matter.

General Scheduling

   The Court's February 1, 2016 decision granting-in-part Glowpoint's dismissal motion directs the parties to "meet and confer regarding a discovery schedule and to submit a joint letter to the Court proposing a discovery schedule by February 15, 2016." Counsel for the parties have conferred and intend to submit the requested joint letter by February 15, 2016.

Request for Extension of Time to File Answer

   Under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Glowpoint has 14 days from the date that the court denies any portion of a motion to dismiss, or until February 15, 2016, in order to file an answer to the complaint, unless "the court sets a different time." For the below reasons, Glowpoint respectfully requests that it be allowed to file its answer to the complaint no later than March 7, 2016.

   Additional time is respectfully requested to allow counsel to confer with Glowpoint. At the present time, Glowpoint is in the midst of its annual reporting period, with its CEO and CFO working, along with on-site auditors, to prepare, among other things, the Company's Form 10-K filing.

   No prior request for adjournment of this deadline has been made. Plaintiff's counsel consents to this request.

      Respectfully submitted,

      /s/Harry H. Rimm

      Harry H. Rimm

cc: Mario Biaggi Jr., Esq. (Via ECF)